## PROCEEDING MEMO

**Date:** 04/02/2019 02:00 pm

In re: Linda C. Parker

Bankruptcy No. 18-20971-CMB
Chapter: 11 (Not a Small Business)
Doc. # 83 & 85

**Appearances:**

**Movant(s):** Donald R. Calaiaro, Esq. for Debtor ✓

**Respondents:** Wannebrandt

**Creditor(s):**

**Nature of Proceeding:** # 83 Continued Motion Extend Loss Mitigation Period and to Compel Servicer to Respond on the Portal

**Additional Pleadings:** #85 Order Setting Hearing
#93 Order Extending Loss Mitigation

**Judge's Notes:**  Cont to 4/9 2:30

**Outcome:**

\_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion is DISMISSED      Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED         Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_days
\_\_\_\_\_ CONTINUED MATTER: \_\_\_\_\_for at least _____days (Court to Issue Order)
\_\_\_\_\_ to hearing date of _____
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed _____ days
\_\_\_\_\_ Briefs to be filed:    Movant(s) brief due _____days
                                 Respondent(s) brief due _____days
                                 Trustee's brief due _____days

FILED
4/2/19 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Linda C. Parker  
    Debtor

Case No. 18-20971-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Apr 02, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.  
db         +Linda C. Parker,   626 James Drive,   Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:

           Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION acarr@tuckerlaw.com, agilbert@tuckerlaw.com  
           Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bmanne@tuckerlaw.com, bewmanne@aol.com  
           David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com  
           Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com  
           James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
           Jeremiah Vandermark    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION jeremiah.vandermark@saul.com  
           Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Robert C. Edmundson    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue redmundson@attorneygeneral.gov  
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                             TOTAL: 10