# PROCEEDING MEMO

Date: 04/09/2019 02:30 pm

In re: Linda C. Parker

Bankruptcy No. 18-20971-CMB
Chapter: 11 (Not a Small Business)
Doc. # 83 & 85

**Appearances:**

**Movant(s):** Donald R. Calaiaro, Esq. for Debtor

**Respondents:**

**Creditor(s):**

**Nature of Proceeding:** # 83 Continued Motion Extend Loss Mitigation Period and to Compel Servicer to Respond on the Portal

**Additional Pleadings:** #85 Order Setting Hearing
#93 Order Extending Loss Mitigation

**Judge's Notes:**

**Outcome:**

\_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED\_\_\_\_\_ Order entered
✓ Motion WITHDRAWN  as moot
\_\_\_\_\_ Motion is DISMISSED    Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED    Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_days
\_\_\_\_\_ CONTINUED MATTER:   \_\_\_\_\_for at least \_\_\_\_\_days (Court to Issue Order)
\_\_\_\_\_ to hearing date of _____
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed:    Movant(s) brief due \_\_\_\_\_days
Respondent(s) brief due \_\_\_\_\_days
Trustee's brief due \_\_\_\_\_days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
4/9/19 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA