# PROCEEDING MEMO

**Date:** 04/09/2019 02:30 pm

In re: Linda C. Parker

Bankruptcy No. 18-20971-CMB
Chapter: 11 (Not a Small Business)
Doc. # 79

**Appearances:**

Movant(s): Donald R. Calaiaro, Esq. for Debtor ✓
~~David Z. Valencik, Esq. for Debtor~~
Cau ✓

Respondents: ~~Larry Wahlquist, Esq. for US Trustee~~
Waumbwoldt ✓

**Creditor(s):**

**Nature of Proceeding:** Continued Status Conference re Disclosure Statement

**Additional Pleadings:**

**Judge's Notes:**

**Outcome:**

- Real Estate taxes may be owed
- Cont to April 30 at 3:00. Court intends to confirm D.S.
if able to do so & Schedule Chap 11 Plan hearing

\_\_\_\_ Motion is GRANTED \_\_\_\_ Order entered
\_\_\_\_ Motion is DENIED \_\_\_\_ Order entered
\_\_\_\_ Motion WITHDRAWN
\_\_\_\_ Motion is DISMISSED    Order entered
\_\_\_\_ Reschedule for Proper Service
\_\_\_\_ Case DISMISSED    Order entered
\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_ days
\_\_\_\_ CONTINUED MATTER: \_\_\_\_ for at least \_\_\_\_ days (Court to Issue Order)
\_\_\_\_ to hearing date of \_\_\_\_
\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_ Discovery time needed \_\_\_\_ days
\_\_\_\_ Briefs to be filed:    Movant(s) brief due \_\_\_\_ days
                Respondent(s) brief due \_\_\_\_ days
                Trustee's brief due \_\_\_\_ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
4/9/19 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-20971-CMB
Linda C. Parker                                                                         Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                  Page 1 of 1                 Date Rcvd: Apr 09, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db             +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION acarr@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bmanne@tuckerlaw.com,
               bewmanne@aol.com
              David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Jeremiah Vandermark    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION
               jeremiah.vandermark@saul.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue
               redmundson@attorneygeneral.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 10