## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 18-20971 |
| | : | |
| LINDA C. PARKER | : | |
| | : | |
| | : | Chapter 11 |
| | : | |
| | : | |
| Debtor | : | |

## APPEARANCE AND REQUEST FOR NOTICE OF
## ALL PENDING AND FUTURE MATTERS

TO: Clerk, United States Bankruptcy Court:

Please enter our appearance on behalf of Commonwealth of Pennsylvania, Pennsylvania Department of Revenue, in the above-captioned bankruptcy proceedings. Papers should be served on the undersigned at the address set forth below.

Furthermore, request is hereby made that notice of all pending and future matters in the above-captioned case be given to the undersigned and that the name and address of the undersigned be added to mailing matrix of the Debtor.

Nothing in this pleading is intended to waive the State of Pennsylvania's or its officials' immunity from suit in a Federal Court under the Eleventh Amendment.

                              Respectfully submitted,

By:    /*s/ T. Lawrence Palmer*
          T. Lawrence Palmer
          Senior Deputy Attorney General
          Counsel to Pa. Dept. of Revenue
          1251 Waterfront Place, Mezzanine Level
          Pittsburgh, PA 15222
          Phone: (412) 565-2576
          PA I.D. # 01333
          Email: lpalmer@attorneygeneral.gov

Date: April 30, 2019

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 18-20971 |
| | : | |
| LINDA C. PARKER | : | |
| | : | Chapter 11 |
| | : | |
| | : | |
| Debtor | : | |

**DECLARATION IN LIEU OF AFFIDAVIT**

**Regarding Request to be added to the Mailing Matrix**

I am the Attorney for the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

*Please check the appropriate box*

☑ That there are no other requests to receive notices on behalf of this creditor, or

☐ That the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

> Commonwealth of Pennsylvania,
> Department of Revenue_____
> Creditor's Name
>
> 1251 Waterfront Place,
> Mezzanine Level                 _____
> Creditor's Address
>
> Pittsburgh, PA 15222_____
> City, State and Zip

I declare under perjury that the foregoing is true and correct.

Executed on April 30, 2019.

/s/ T. Lawrence Palmer
SIGNATURE OF ATTORNEY FOR CREDITOR

T. Lawrence Palmer
TYPED NAME

Office of Attorney General
1251 Waterfront Place, Mezzanine Level
Pittsburgh, PA 15222
ADDRESS

(412) 565-2576
PHONE NO.

P.A. Attorney I.D. 01333
LIST BAR I.D. AND STATE OF ADMISSION

Email: lpalmer@attorneygeneral.gov