**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Linda C. Parker**
Debtor(s)

Bankruptcy Case No.: 18–20971–CMB

Chapter: 11
Docket No.: 107 – 106

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

      Robert C. Edmundson, Esq. has been removed as attorney from this case and will not receive any future notifications.

      The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: April 29, 2019

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Linda C. Parker  
    Debtor  

Case No. 18-20971-CMB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Apr 29, 2019  
                         Form ID: 143      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.  
aty        +Robert C. Edmundson,   Office of Attorney General,   1251 Waterfront Place,   Mezzanine Level,    Pittsburgh, PA 15222-4227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:

        Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION acarr@tuckerlaw.com, agilbert@tuckerlaw.com  
        Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bmanne@tuckerlaw.com, bewmanne@aol.com  
        David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com  
        Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com  
        James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
        Jeremiah Vandermark    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION jeremiah.vandermark@saul.com  
        Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Robert C. Edmundson    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue redmundson@attorneygeneral.gov  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
        T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com  
                                                                                                                                      TOTAL: 11