# PROCEEDING MEMO

Date: 04/30/2019 3:00 pm

In re: Linda C. Parker

Bankruptcy No. 18-20971-CMB
Chapter: 11 (Not a Small Business)
Doc. # 79

**Appearances:** Cal ✓

Movant(s): Donald R. Calaiaro, Esq. for Debtor ✓
~~David Z. Valencik, Esq. for Debtor~~

Respondents: ~~Larry Wahlquist, Esq. for US Trustee~~

Creditor(s):

Nature of Proceeding: Continued Status Conference re Disclosure Statement

Additional Pleadings:

Judge's Notes: *Cont'd to May 13 at 10:00.*

Outcome:

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED         Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED         Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                               Respondent(s) brief due _____ days
                               Trustee's brief due _____ days

FILED
4/30/19 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Linda C. Parker  
    Debtor

Case No. 18-20971-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Apr 30, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.  
db         +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:

         Allison L. Carr     on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION acarr@tuckerlaw.com,
           agilbert@tuckerlaw.com
         Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bmanne@tuckerlaw.com,
           bewmanne@aol.com,agilbert@tuckerlaw.com
         David Z. Valencik     on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
         Donald R. Calaiaro     on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
         James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
         Jeremiah Vandermark     on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
           jeremiah.vandermark@saul.com
         Larry E. Wahlquist     on behalf of U.S. Trustee    Office of the United States Trustee
           larry.e.wahlquist@usdoj.gov
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         T. Lawrence Palmer     on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue
           lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com
         T. Lawrence Palmer     on behalf of Creditor T. Lawrence Palmer    Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com
                                                                                                                                       TOTAL: 11