## PROCEEDING MEMO

Date: 05/13/2019 10:00 am

In re: Linda C. Parker

Bankruptcy No. 18-20971-CMB
Chapter: 11 (not a small business)
Doc. # 79

**Appearances:**

Movant(s):  Donald Calaiaro, Esq. for Debtor
            David Z. Valencik, Esq. for Debtor

Respondents: Larry Wahlquist, Esq. for US Trustee

Creditor(s):

Nature of Proceeding: # 79 Continued status conference re disclosure statement

Additional Pleadings:

Judge's Notes:

Outcome:

*Judge's handwritten notes:* All real estate taxes not pd but will be pd by end of June. — Disclosure Statement approved.

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED  _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED      Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED           Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:     Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
5/13/19 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA