IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-20971 CMB |
| Linda C. Parker, | : | |
| Debtor, | : | Chapter 11 |
| Linda C. Parker, | : | |
| Movant , | : | Related Document No. 115 |
| v. | : | |
| PNC Mortgage, | : | Document No. |
| Respondent. | : | |

**CERTIFICATION OF NO OBJECTION Regarding
Motion to Extend the Loss Mitigation Period-115**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Extend the Loss Mitigation Period** filed on May 20, 2019, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Extend the Loss Mitigation Period** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Extend the Loss Mitigation Period** were to be filed and served no later than May 29, 2019.

It is hereby respectfully requested that the Order attached to the **Motion to Extend the Loss Mitigation Period** be entered by the Court.

**Dated:** May 30, 2019

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, 5th Fl., Suite 501**
**Pittsburgh, PA  15222**
**(412) 232-0930**