IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-20971 CMB |
| Linda C. Parker, | : |
| Debtor, | : Chapter 11 |
| Linda C. Parker, | : |
| Movant    , | : Related Document No. 36 |
| v. | : |
| PNC Mortgage, | : Document No. |
| Respondent. | : |

## ORDER

A *Loss Mitigation Order* dated July 2, 2018, was entered in the above matter at Document No. 36. On May 20, 2019, a *Motion to Extend the Loss Mitigation Period* was filed by Linda C. Parker at Document No. 115.

AND NOW, this 31st day of May, 2019, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* the 15th day of July, 2019.

**IT IS ORDERED,** that the LMP final report is due on the 22nd day of July, 2019.

By the Court,

*Carlota M. Böhm*   dmk
Carlota M. Böhm, Chief Judge
United States Bankruptcy Judge

FILED
5/31/19 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-20971-CMB
Linda C. Parker                                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw            Page 1 of 1           Date Rcvd: May 31, 2019
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db              +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION acarr@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bmanne@tuckerlaw.com,
               bewmanne@aol.com,agilbert@tuckerlaw.com
              David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Jeremiah Vandermark    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION
               jeremiah.vandermark@saul.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue
               lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com
                                                                                             TOTAL: 11