**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-20971 CMB |
| Linda C. Parker, | ) |
|         **Debtor,** | ) **Chapter** 11 |
| Linda C. Parker, | ) |
|         **Movant,** | ) **Relate Document No.** 130 |
|         vs. | ) |
| Belfor Restoration, | ) **Hearing Date:** 08/28/19 @ 2:30 p.m. |
| Wayne H. Port, Esquire and | ) **Response Due:** 08/19/19 |
| McClure & Wolf, | ) |
|         **Respondents.** | ) **Document No.** 131 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING**
**MOTION OF Linda C. Parker FOR Debtor's First Omnibus**
**Objection to Claims Scheduled as "Disputed"**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **August 19, 2019**, (i.e., thirty (30) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A hearing will be held on **August 28, 2019, at 2:30 p.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**Dated:** July 19, 2019          **BY:** /s/ Donald R. Calaiaro
        **Donald R. Calaiaro, Esquire, PA I.D. #27538**
        dcalaiaro@c-vlaw.com
        **BY:** /s/ David Z. Valencik
        **David Z. Valencik, Esquire,   PA I.D. #308361**
        dvalencik@c-vlaw.com
        **CALAIARO VALENCIK**
        **938 Penn Avenue, Suite 501**
        **Pittsburgh, PA  15222-3708**
        **(412) 232-0930**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-20971 CMB |
| Linda C. Parker, | ) |
| **Debtor,** | ) **Chapter** 11 |
| Linda C. Parker, | ) |
| **Movant,** | ) **Relate Document No.** 130 |
| **vs.** | ) |
| Belfor Restoration, | ) **Hearing Date:** 08/28/19 @ 2:30 p.m. |
| Wayne H. Port, Esquire and | ) **Response Due:** 08/19/19 |
| McClure & Wolf, | ) |
| **Respondents.** | ) **Document No.** 131 |

### CERTIFICATE OF SERVICE OF Notice of Hearing and
### Debtor's First Omnibus Objection to Claims Scheduled as "Disputed"

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 19, 2019.

**Service by First-Class Mail:**
Belfor Restoration, 1100 Cuddy Lane, Cuddy, PA 15031
Wayne H. Port, Esquire, McClure & Wolf, 92 East Main Street, Uniontown, PA 15401
Linda C. Parker, 626 James Place, Belle Vernon, PA 15102
**Service by NEF:**
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Larry E. Wahlquist on behalf of U.S. Trustee Office of the United States Trustee
larry.e.wahlquist@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed On:** July 19, 2019     /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**