**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-20971 CMB |
| Linda C. Parker, | ) **Chapter** 11 |
| **Debtor,** | ) **Related Document No.** 130-133 |
| Linda C. Parker, | ) **Hearing Date:** 08/28/19 @ 2:30 p.m. |
| **Movant,** | ) **Response Due:** 08/19/19 |
| vs. | ) |
| Belfor Restoration, | ) |
| Wayne H. Port, Esquire and | ) |
| McClure & Wolf, | ) |
| Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS
SCHEDULED AS "DISPUTED"
- Document No. 130**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS SCHEDULED AS "DISPUTED"** filed on July 7, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS SCHEDULED AS "DISPUTED"** appears thereon. Pursuant to the Notice of Hearing, objections to the **DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS SCHEDULED AS "DISPUTED"** were to be filed and served no later than August 19, 2019.

It is hereby respectfully requested that the Order attached to the **DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS SCHEDULED AS "DISPUTED"** be entered by the Court.

**Dated:** August 20, 2019

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**

/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**

**CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222
(412) 232-0930**