IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 18-20971 CMB |
| Linda C. Parker, | ) |
|     **Debtor,** | ) Chapter 11 |
| Linda C. Parker, | ) |
|     **Movant,** | ) |
|     vs. | ) Hearing Date: 08/28/19 @ 2:30 p.m. |
| Belfor Restoration, | ) |
| Wayne H. Port, Esquire and | ) Response Due: 08/19/19 |
| McClure & Wolf, | )   re |
|     **Respondents.** | ) Document No. 130 |

## ENTERED BY DEFAULT
### ORDER OF COURT

AND NOW this 21st day of August 2019, the Court finds that the Respondents were scheduled as "disputed" creditors. Under bankruptcy Rule 3003 (c)(2), these claimants were required to file proofs of claims. The proof of claim register shows they did not file a timely proof of claim.

It is hereby **ORDERED** that the claims of BELFOR RESTORATION and WAYNE H. PORT, ESQUIRE of McCLURE & WOLF, are stricken for their failure to timely file proofs of claims.

By the Court,

FILED
8/21/19 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    dmk
Carlota M. Böhm, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Linda C. Parker  
    Debtor

Case No. 18-20971-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Aug 21, 2019  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.  
db          +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:

          Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION acarr@tuckerlaw.com,  
           agilbert@tuckerlaw.com  
          Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bmanne@tuckerlaw.com,  
           bewmanne@aol.com,agilbert@tuckerlaw.com  
          David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,  
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-  
           vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com  
          Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,  
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-  
           vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com  
          James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
          Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department  
           of Revenue jratica@attorneygeneral.gov  
          Jeremiah Vandermark    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION  
           jeremiah.vandermark@saul.com  
          Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,  
           Internal Revenue Service jill.locnikar@usdoj.gov,  
           patricia.fitzgerald@usdoj.gov;caseview.ecf.usdoj.gov;Marla.Kirkland@usdoj.gov  
          Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee  
           larry.e.wahlquist@usdoj.gov  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
          T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue  
           lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com  
                                                                            TOTAL: 12