# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-20971 CMB |
| Linda C. Parker, | ) |
| **Debtor,** | ) **Chapter** 11 |
| Calaiaro Valencik, | ) |
| **Movant,** | ) **Hearing Date:** 09/20/19 @ 2:30 p.m. |
| vs. | ) **Response Due:** 08/26/19 |
| NO RESPONDENT. | ) **Related to Document No.** 142-143 |

## CERTIFICATION OF NO OBJECTION REGARDING
Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik - Document No. 142

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** filed on August 7, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** appears thereon. Pursuant to the Notice of Hearing, objections to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** were to be filed and served no later than August 26, 2019.

It is hereby respectfully requested that the Order attached to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** be entered by the Court.

**Dated:** August 27, 2019

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**

/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**

**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222**
**(412) 232-0930**