# PROCEEDING MEMO

Date: 08/28/2019  2:30 pm

In re: Linda C. Parker

Bankruptcy No. 18-20971-CMB
Chapter: 11 (Not a Small Business)
Doc. # 113

**Appearances:**

Movant(s): Donald Calaiaro, Esq. for Debtor ✓
David Z. Valencik, Esq. for Debtor ✓

Respondents: Larry Wahlquist, Esq. for US Trustee

Creditor(s): _Rockenbart_ ✓
_Cam_ ✓

Nature of Proceeding: #113 Chapter 11 Plan Confirmation Hearing

Additional Pleadings: #114 Certificate of Service of Order dated May 13, 2019,
Ch. 11 Plan of Reorganization, Plan Summary,
Disclosure Statement Dated December 19, 2019 and Ballot
#119 Objection of United States to Confirmation of Plan
#121 Objeciton of PNC Bank to Confirmaiton of Plan
#136 Stipulation and Consent Order resolving Objection of PNC Bank

**Judge's Notes:**

- Stip to be entered w/ IRS
- cont to Sept 11 at 2:30

**Outcome:**

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED       Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED        Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:     Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

**FILED**

AUG 28 2019

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-20971-CMB
Linda C. Parker                                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dsaw              Page 1 of 1              Date Rcvd: Aug 29, 2019
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db            +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
      Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION acarr@tuckerlaw.com, agilbert@tuckerlaw.com
      Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bmanne@tuckerlaw.com, bewmanne@aol.com,agilbert@tuckerlaw.com
      David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
      Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
      James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
      Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue jratica@attorneygeneral.gov
      Jeremiah  Vandermark    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION jeremiah.vandermark@saul.com
      Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
      Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                            TOTAL: 12