## PROCEEDING MEMO

Date: 09/11/2019  2:30 pm

In re: Linda C. Parker

Bankruptcy No. 18-20971-CMB
Chapter: 11 (Not a Small Business)
Doc. # 113

Appearances:

Movant(s): ~~Donald Calaiaro, Esq. for Debtor~~
    David Z. Valencik, Esq. for Debtor ✓

Respondents: ~~Larry Wahlquist, Esq. for US Trustee~~

Creditor(s):

Nature of Proceeding: #113 Chapter 11 Plan Confirmation Hearing

Additional Pleadings: #114 Certificate of Service of Order dated May 13, 2019,
    Ch. 11 Plan of Reorganization, Plan Summary,
    Disclosure Statement Dated December 19, 2019 and Ballot
#119 Objection of United States to Confirmation of Plan
#121 Objeciton of PNC Bank to Confirmaiton of Plan
#136 Stipulation and Consent Order resolving Objection of PNC Bank
#149 Stipulation and Agreed Order re United States of America

Judge's Notes:

Outcome:
__✓__ Motion is GRANTED   __✓__ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED       Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED       Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____ days
              Respondent(s) brief due _____ days
              Trustee's brief due _____ days

FILED
9/11/19 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge