IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    ) Bankruptcy No. 18-20971-CMB
                                          )
Linda C. Parker                           ) Chapter 11
                                          )
                                          )
                                          )
     Debtor,                              )

## ORDER CONFIRMING
## CHAPTER 11 PLAN OF REORGANIZATION DATED DECEMBER 19, 2018

AND NOW, this 11th day of September, 2019, upon consideration of:

(a)   the Chapter 11 Plan of Reorganization (the "Plan") dated December 19, 2018, filed by Linda C. Parker pursuant to Chapter 11, Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, (the "Bankruptcy Code"); and

(b)   The Stipulation by PNC Bank, National Association and between Linda C. Parker and Consent Order Resolving PNC Bank, National Association's Objection to Confirmation of Debtor's Chapter 11 Plan of Reorganization dated December 19, 2018, approved on July 25, 2019; and

(c)   The Stipulation by Linda C. Parker and Between the United States of America, Internal Revenue Service, resolving its Objection to the Debtor's Chapter 11 Plan, approved on August 29, 2019; and

(d)   Class 2 did not vote, did not object to confirmation, and are deemed to have accepted the Plan. The Debtor shall pay the arrearages of the Class 2 Secured Claim over the term of the Plan pursuant to 11 U.S.C. § 1123(a)(5)(G) and 1123(d); and

(e)   The Debtor agrees to modify the Plan, through this Order, to pay the allowed Class 5 Unsecured Creditors in full on the Plan Effective Date.

**IT IS HEREBY ORDERED,** that the Chapter 11 Plan of Reorganization dated December 19, 2018, is confirmed.

By the Court,

_/s/ Carlota M. Böhm_ dmk
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
9/11/19 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA