## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                  ) **Bankruptcy No.** 18-20971-CMB
                             )
Linda C. Parker           ) **Chapter** 11
                             )
                             )
    **Debtor,**              )

## ORDER CONFIRMING
## CHAPTER 11 PLAN OF REORGANIZATION DATED DECEMBER 19, 2018

**AND NOW**, this _11_ day of _September_, 2019, upon consideration of:

(a) the Chapter 11 Plan of Reorganization (the "Plan") dated December 19, 2018, filed by Linda C. Parker pursuant to Chapter 11, Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, (the "Bankruptcy Code"); and

(b) The Stipulation by PNC Bank, National Association and between Linda C. Parker and Consent Order Resolving PNC Bank, National Association's Objection to Confirmation of Debtor's Chapter 11 Plan of Reorganization dated December 19, 2018, approved on July 25, 2019; and

(c) The Stipulation by Linda C. Parker and Between the United States of America, Internal Revenue Service, resolving its Objection to the Debtor's Chapter 11 Plan, approved on August 29, 2019; and

(d) Class 2 did not vote, did not object to confirmation, and are deemed to have accepted the Plan. The Debtor shall pay the arrearages of the Class 2 Secured Claim over the term of the Plan pursuant to 11 U.S.C. § 1123(a)(5)(G) and 1123(d); and

(e) The Debtor agrees to modify the Plan, through this Order, to pay the allowed Class 5 Unsecured Creditors in full on the Plan Effective Date.

**IT IS HEREBY ORDERED,** that the Chapter 11 Plan of Reorganization dated

December 19, 2018, is confirmed.

By the Court,

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
9/11/19 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-20971-CMB
Linda C. Parker                                                           Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1            Date Rcvd: Sep 11, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db             +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION acarr@tuckerlaw.com,
          agilbert@tuckerlaw.com
          Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bmanne@tuckerlaw.com,
          bewmanne@aol.com,agilbert@tuckerlaw.com
          David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
          vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
          vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
          of Revenue jratica@attorneygeneral.gov
          Jeremiah  Vandermark    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
          jeremiah.vandermark@saul.com
          Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
          Internal Revenue Service jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
          Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
          larry.e.wahlquist@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue
          lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                              TOTAL: 12