## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Bankruptcy No. 18-20971-CMB |
| Linda C. Parker, | ) |
| **Debtor,** | ) Chapter 11 |
| Peoples Natural Gas Company, LLC, | ) |
| **Movant,** | ) Related Document No. 165-164 |
| v. | ) Hearing Date: 11/5/19 at 1:30 p.m. |
| Linda C. Parker, | ) Response Due: 10/20/19 |
| **Respondent.** | ) Document No. |

### CONSENT ORDER OF COURT

**AND NOW,** this 16th day of October, 2019, upon consideration of the Motion of Peoples Natural Gas Company, LLC for Allowance of Administrative Claim and review of the Motion by Counsel for the Debtor, it is hereby **ORDERED** that:

(a)  An administrative claim is allowed in the amount of $555.66 to Peoples Natural Gas Co. for the Debtor's account at account number xxxxxxxx8887 for service through 9/16/19; and

(b)  The Debtor shall pay the administrative claim in full within sixty (60) days of the date of this Order in accordance with paragraph 1.16 of the confirmed Plan.

FILED
10/16/19 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By the Court,

_____
Honorable Carlota M. Böhm    dmk
**Chief United States Bankruptcy Judge**

Consented to:

/s/ James A. Prostko
James A. Prostko, Esq. PA ID #27221
Counsel for Debtor
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
412-232-0930
jprostko@c-vlaw.com

/s/ S. James Wallace
S. James Wallace, Esq. PA ID #28815
Counsel for Movant
a professional corporation
845 N. Lincoln Avenue
Pittsburgh, PA 15233
412-652-9134
sjw@sjwpgh.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-20971-CMB
Linda C. Parker                                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dsaw                  Page 1 of 1            Date Rcvd: Oct 16, 2019
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
db              +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION acarr@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bmanne@tuckerlaw.com,
               bewmanne@aol.com,agilbert@tuckerlaw.com
              David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com
              Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue jratica@attorneygeneral.gov
              Jeremiah  Vandermark    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               jeremiah.vandermark@saul.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf.usdoj.gov;Marla.Kirkland@usdoj.gov
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                             TOTAL: 13