# PROCEEDING MEMO

Date: 12/05/2019 01:30 pm

In re:   Linda C. Parker

                                                       Bankruptcy No. 18-20971-CMB
                                                       Chapter: 11 (Not a Small Business)
                                                       Doc. # 170

**Appearances:**  David Valencik, Esq.
                          Warnbrodt

**Nature of Proceeding:** #170 Motion For Relief From The Automatic Stay
                                   (Creditor: PNC Bank National Association -
                                   Re: 626 James Drive, Belle Vernon, PA 15012)

**Additional Pleadings:** #171 Notice of Hearing
                                 #173 CNO
                                 #174 Response of PNC Bank NA

**Judge's Notes:**

Hearing continued to 2/20/20 at 1:30

FILED
12/5/19 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                                                       Carlota M. Böhm
                                                       Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-20971-CMB
Linda C. Parker                                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Dec 05, 2019
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
db             +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION acarr@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bmanne@tuckerlaw.com,
               bewmanne@aol.com,agilbert@tuckerlaw.com
              David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com
              Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
               of Revenue jratica@attorneygeneral.gov
              Jeremiah  Vandermark    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               jeremiah.vandermark@saul.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf.usdoj.gov;Marla.Kirkland@usdoj.gov
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue
               lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                               TOTAL: 13