## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Linda C. Parker,<br>    **Debtor,**<br>Linda C. Parker,<br>    **Movant,**<br>    **vs.**<br>No Respondent. | ) **Case No.** 18-20971-CMB<br>)<br>) **Chapter** 11<br>)<br>) Related to: Document No. 179<br>)<br>) |

### ORDER OF COURT

**AND NOW**, this 11th day of December, 20 19, on Motion of the Debtor, it is hereby **ORDERED** that the Debtor is granted an extension of sixty (60) days to file a Motion for Final Decree.

By the Court,

*Carlota M. Böhm*
Carlota M. Böhm                 glb
Chief United States Bankruptcy Judge

FILED
12/11/19 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Linda C. Parker  
    Debtor

Case No. 18-20971-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Dec 11, 2019  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.  
db         +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:

       Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION acarr@tuckerlaw.com,  
        agilbert@tuckerlaw.com  
       Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bmanne@tuckerlaw.com,  
        bewmanne@aol.com,agilbert@tuckerlaw.com  
       David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,  
        cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com  
       Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,  
        cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com  
       James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
       James A. Prostko    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com  
       Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue jratica@attorneygeneral.gov  
       Jeremiah Vandermark    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION jeremiah.vandermark@saul.com  
       Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov,  
        patricia.fitzgerald@usdoj.gov;caseview.ecf.usdoj.gov;Marla.Kirkland@usdoj.gov  
       Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
       T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com  
                                                                                                                         TOTAL: 13