**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-20971-CMB |
| Linda C. Parker, | ) |
|     **Debtor,** | ) **Chapter** 11 |
| Linda C. Parker, | ) |
|     **Movant,** | ) **Related Document No.** 156-157 |
|     **vs.** | ) |
| No Respondent. | ) **Document No.** |

## STATUS REPORT

**AND NOW,** comes the Debtor, Linda C. Parker, by and through her attorneys, Donald R. Calaiaro and Calaiaro Valencik, and in compliance with the post-confirmation order files this status report and avers as follows:

1. The within case was originally filed March 14, 2018.

2. The Debtor's Chapter 11 Plan of Reorganization dated December 19, 2018, was confirmed by an Order of this Court dated September 11, 2019, at Document No. 156.

3. The Debtor filed a request for the Clerk's Certificate of Costs on September 12, 2019, at Document No. 159.

4. The Clerk's Certificate was issued the same date and showed a zero balance at Document No. 160.

5. All adversary proceedings have been resolved.

6. All United State Trustee Fees that are due have or will be paid shortly.

7. Debtor's counsel filed an interim fee application on August 7, 2019, at Document No. 142.

8. That fee application was approved by default court order entered on August 28, 2019, at Document No. 148.

9. Debtor's Counsel filed a final fee application on December 10, 2019 at Document No. 177.

10. That fee application was approved by this Court on January 14, 2020, at Document No. 183.

11. There is a motion for relief from stay pending by PNC Bank. The continued hearing is scheduled for February 20, 2020, at 1:30 P.M.

12. The Debtor will file a motion for final decree in February 2020.

**Respectfully submitted,**

**Dated:** January 15, 2020	**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222**
**(412) 232-0930**