IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-20971-CMB |
| Linda C. Parker | : | |
|       Debtor | : | |
| | : | Chapter 11 |
| Linda C. Parker | : | |
|       Movant | : | |
| | : | Document No. |
|     v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

# REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

## CHAPTER 11 CASES

  X  Plan Confirmed          _____Plan Not Confirmed

If plan was confirmed and the case is still in Chapter 11, what percentage dividend is to be paid under the plan to the general unsecured class of creditors?  100%[1]

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief and that all estimated payments have been designated appropriately as such.

| | | |
|---|---|---|
| February 7, 2020 | Donald R. Calaiaro | /s/ Donald R. Calaiaro |
| DATE | PREPARER | SIGNATURE |

---

[1] Unsecured Creditors will receive 60 payments of $129.01 for a total of $7,740.75 resulting in a dividend of 100%.

**PAWB Local Form 14 (07/13)**