# PROCEEDING MEMO

Date: 02/20/2020 01:30 pm

In re:   Linda C. Parker

                                                                         Bankruptcy No. 18-20971-CMB
                                                                         Chapter: 11 (Not a Small Business)
                                                                         Doc. # 170

Appearances: ~~Donald R. Calaiaro, Esq.~~  *Valencik* ✓
                 ~~James A. Prostko, Esq.~~
                 David Z. Valencik, Esq.
                 Larry E. Wahlquist, Esq.
                 James Warmbrodt, Esq. ✓

Nature of Proceeding: #170 Continued Motion for Relief from Stay
                                re James Drive, Belle Vernon, PA 15012.

Additional Pleadings:  #171 Notice of Hearing
                              #173 CNO
                              #174 Response of PNC Bank NA

Judge's Notes:                                       *Cont to March 5, 2020*
                                                          *1:30 pm*

          FILED
          2/20/20 2:15 pm
          CLERK
          U.S. BANKRUPTCY
          COURT - WDPA

                                                                                  Carlota M. Böhm
                                                                                  Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                              Case No. 18-20971-CMB
Linda C. Parker                                                                                     Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1               Date Rcvd: Feb 20, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db         +Linda C. Parker,   626 James Drive,   Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
     Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION acarr@tuckerlaw.com,
      agilbert@tuckerlaw.com
     Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bmanne@tuckerlaw.com,
      bewmanne@aol.com,agilbert@tuckerlaw.com
     David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
      vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
     Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
      vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
     James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
     James A. Prostko    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com
     Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
      of Revenue jratica@attorneygeneral.gov
     Jeremiah  Vandermark    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
      jeremiah.vandermark@saul.com
     Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
      Internal Revenue Service jill.locnikar@usdoj.gov,
      patricia.fitzgerald@usdoj.gov;caseview.ecf.usdoj.gov;Marla.Kirkland@usdoj.gov
     Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
      larry.e.wahlquist@usdoj.gov
     Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
      srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
     T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue
      lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                                    TOTAL: 13