# PROCEEDING MEMO

Date: 03/05/2020 01:30 pm

In re:   Linda C. Parker

                                                       Bankruptcy No. 18-20971-CMB
                                                       Chapter: 11
                                                       Doc. # 170

Appearances:  Donald Calaiaro, Esq.
                 David Z. Valencik, Esq.
                 James A. Prostko, Esq.
                 Larry E. Wayhlquist, Esq.
                 James Warmbrodt, Esq.

Nature of Proceeding: #170 Continued Motion for Relief from Stay
                            re James Drive, Belle Vernon, PA 15012.

Additional Pleadings:  #171 Notice of Hearing
                             #173 CNO
                             #174 Response of PNC Bank NA

Judge's Notes:

                                                      – Current on loan
                                                      – Motion withdrawn

       FILED
       3/5/20 2:00 pm
       CLERK
       U.S. BANKRUPTCY
       COURT - WDPA

                                                               Carlota M. Böhm
                                                               Chief U.S. Bankruptcy Judge