**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-20971-CMB |
| Linda C. Parker, | ) |
|     **Debtor,** | ) **Chapter** 11 |
| Linda C. Parker, | ) |
|     **Movant,** | ) **Related Document No.** 156-157 |
|     **vs.** | ) |
| No Respondent. | ) **Document No.** |

## STATUS REPORT

**AND NOW,** comes the Debtor, Linda C. Parker, by and through her attorneys, Donald R. Calaiaro and Calaiaro Valencik, and in compliance with the post-confirmation order files this status report and avers as follows:

1. The within case was originally filed March 14, 2018.

2. The Debtor's Chapter 11 Plan of Reorganization dated December 19, 2018, was confirmed by an Order of this Court dated September 11, 2019. Doc. No. 156.

3. The Debtor filed a request for the Clerk's Certificate of Costs on September 12, 2019. Doc. No. 159.

4. The Clerk's Certificate was issued the same date and showed a zero balance. Doc. No. 160.

5. All adversary proceedings have been resolved.

6. All United State Trustee Fees that are due have or will be paid shortly.

7. Debtor's counsel filed an interim fee application on August 7, 2019. Doc. No. 142.

8. That fee application was approved by default court order entered on August 28, 2019. Doc. No. 148.

9. Debtor's Counsel filed a final fee application on December 10, 2019. Doc. No. 177.

10. That fee application was approved by this Court on January 14, 2020. Doc. No. 183.

11. In the last post-confirmation status report, the Debtor disclosed that there was a pending Motion for Relief from Stay by PNC Bank. The Motion There is a motion for relief from stay pending by PNC Bank. The motion was withdrawn on March 5, 2020. Doc. No. 192.

12. On February 7, 2020, the Debtor filed a Motion for Final Decree. Doc. No. 186.

13. The Internal Revenue Service filed an Objection to the Motion for Final Decree on February 19, 2020. Doc. No. 189.

14. The hearing on the Final Decree was continued to July 16, 2020, at 3:00 P.M.

15. The Court ordered Attorney Valencik to file a status report as to why there has been no payments made to the IRS.

16. The taxes at issue are taxes owed by Parker Precision Molding which she is liable as a responsible party.

17. Parker Precision Molding is on a repayment plan for the taxes with the Internal Revenue Service.

18. The Debtor suffered a major injury that required surgery to recover. This reduced the disposable income the Debtor had available to make its plan payments to the Internal Revenue Service.

19. Further, the COVID-19 pandemic has effected the Debtor's business. Many of the restrictions have been lifted. The Debtor is hopeful that her business will resume and her income will return to normal.

**Respectfully submitted,**

**Dated:** June 15, 2020            **BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222**
**(412) 232-0930**