# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-20971-CMB |
| Linda C. Parker, | ) |
|     **Debtor,** | ) **Chapter** 11 |
| Linda C. Parker, | ) |
|     **Movant,** | ) **Related Document No.** 199-198, 196-195 |
|     **vs.** | ) |
| No Respondent. | ) **Document No.** |

## STATUS REPORT

**AND NOW,** comes the Debtor, Linda C. Parker, by and through her attorneys, David Z. Valencik and Calaiaro Valencik, and in compliance with the post-confirmation order files this status report and avers as follows:

1. On February 7, 2020, Linda C. Parker filed a Motion for Final Decree. ECF No. 186.

2. On February 19, 2020, the United States of America, Internal Revenue Service (IRS) filed an Objection to Final Decree. ECF No. 189.

3. On June 1, 2020, this Court held a continued hearing on the Motion for Final Decree. ECF No. 196. At the hearing, the Court ordered Attorney Valencik to file a Status Report as to why there have been no payments to the IRS. Id.

4. The Debtor owns and operates Parker Precision Molding.

5. The obligations owed to the IRS by the Debtor, personally, are the assessments of taxes owed by Parker Precision Molding as a "responsible party".

6. The Debtor has proposed a payment plan to the IRS. The IRS has not responded to the proposed payment plan.

7. Prior to the filing of this current Chapter 11 bankruptcy, Parker Precision Molding had filed its own bankruptcy. See In re Parker Precision Molding Inc., Case No.

16-22825-GLT (Bankr.W.D.Pa. July 29, 2016). That bankruptcy was dismissed on June 30, 2017.

8. One of the creditors of Parker Precision Molding that was not stayed by the Debtor's individual bankruptcy demanded payment of its claim. Parker Precision Molding was able to enter into a payment plan with the creditor, which will end in July 2020.

9. The amount paid to the creditor will then be used to pay the Debtor's creditors.

10. Additionally, due to the global pandemic caused by the novel coronavirus, COVID-19, the Debtor and Parker Precision Molding, like many other businesses, were required to either shut down entirely or operated under considerably restricted means to comply with the aggressive mitigation restrictions implemented by Governor Tom Wolf.

11. The Debtor and Parker Precision Molding, like many other similarly situated businesses, suffered from lower than normal cash flow due to the restricted business operations.

12. Further, the Debtor was injured and required surgery.

13. A combination of all of these events occurring around the same time caused the missed payments.

**Respectfully submitted,**

**Date:** June 19, 2020

**BY:**  /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**