# PROCEEDING MEMO

**Date: 07/16/2020 03:00 pm**

**In re:   Linda C. Parker**

                                                          **Bankruptcy No. 18-20971-CMB**
                                                          **Chapter: 11** (Not a Small Business)
                                                          **Doc. # 186**

**Telephonic Appearances: David Valencik, Esq.**
                                    **Jill Locnikar, Esq.**

**Nature of Proceeding: #186 Continued Motion for Final Decree**

**Additional Pleadings: #187 Notice of Hearing**
                              **#189 Objection to Motion for Final Decree**
                              **#193 Proceeding Memo dated 3/5/2020**
                               **#196 Proceeding Memo dated 6/1/2020**
                               **#201 Status Report**
                              **#202 Status Report**

**Judge's Notes:**

- Locnikar: Payment shortage exceeds $5,000. However, if Debtor has sent payments, there is no one in IRS offices to get those and cannot verify if payments were sent. Advised that Debtor's attempt to enter into installment payment plan on business side was rejected. Probably best to continue this.
- Valencik: Advised Debtor had sent a payment. COVID has impacted business. Unaware that the attempt to enter into an agreement was rejected. Seeking time to get beyond this pandemic to see if Debtor can make this work.
OUTCOME: Continued to 9/21/20 at 2:30pm. Attorney Valencik to file a status report by 9/8/20.

                                                                **Carlota M. Böhm**
                                                                **Chief U.S. Bankruptcy Judge**

        FILED
        7/16/20 3:23 pm
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Linda C. Parker  
    Debtor

Case No. 18-20971-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jul 16, 2020  
                             Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.  
db           +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:

       Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION acarr@tuckerlaw.com, agilbert@tuckerlaw.com  
       Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bmanne@tuckerlaw.com, bewmanne@aol.com,agilbert@tuckerlaw.com  
       David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com  
       Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com  
       James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
       James A. Prostko    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com  
       Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue jratica@attorneygeneral.gov  
       Jeremiah Vandermark    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION jeremiah.vandermark@saul.com  
       Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov  
       Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
       T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com  
                                                                                               TOTAL: 13