# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-20971-CMB |
| Linda C. Parker, | ) **Chapter** 11 |
|     **Debtor,** | ) |
| Linda C. Parker, | ) Related to: Document No. 209 |
|     **Movant,** | ) |
|     **vs.** | ) |
| PNC Bank National Association, | ) |
|     **Respondent.** | ) |

## ORDER OF COURT

**AND NOW**, this 26th day of August, 2020, upon motion of the Debtor, it is hereby **ORDERED** that the hearing on Creditor PNC Bank National Association's Motion for Relief from the Automatic Stay scheduled for September 10, 2020, is rescheduled to September 21, 2020, at 2:30 p.m.

By the Court,

_____
Carlota M. Böhm, Chief Judge
**United States Bankruptcy Judge**

FILED
8/26/20 4:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Consented by:**

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #327538**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**
dcalaiaro@c-vlaw.com
*Attorney for Debtor*

/s/ James C. Warmbrodt, Esquire
**James C. Warmbrodt, Esquire**
**Attorney I.D. No. 42524**
**KML Law Group, P.C.**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**
**Phone: 215-627-1322**
jwarmbrodt@kmllawgroup.com
*Attorney for PNC Bank, N.A.*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 18-20971-CMB
Linda C. Parker                                                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr              Page 1 of 1            Date Rcvd: Aug 26, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db            +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION acarr@tuckerlaw.com
              Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bmanne@tuckerlaw.com,
               bewmanne@aol.com,agilbert@tuckerlaw.com
              David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com
              Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
               of Revenue jratica@attorneygeneral.gov
              Jeremiah  Vandermark    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION
               jeremiah.vandermark@saul.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue
               lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                              TOTAL: 13