IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Linda C. Parker, | Case No. 18-20971-CMB |
| *Debtor.* | Chapter 11 |
| PNC Bank National Association, | |
| | Related to Doc. No. 205 |
| *Movant,* | |
| v. | |
| Linda C. Parker, | |
| *Respondent.* | |

## ORDER

On September 21, 2020 at 2:30 p.m. hearing on the Motion For Relief From The Automatic Stay (Doc. No. 205), was originally scheduled to be held telephonically; however, the Court has now determined to convene the hearing via the ***Zoom Video Conference Application*** (hereinafter "Zoom") as described below.

*AND NOW*, this ***3rd day of September, 2020***, for the reasons stated above, it is hereby ***ORDERED, ADJUDGED,*** and ***DECREED***:

(1) The above-described hearing was originally scheduled as a telephone conference but will now be held by Zoom.

(2) ***Appearances:*** All Attorneys and Parties must participate remotely by using Zoom.

(3) ***Initializing Zoom Hearing:*** To join the Zoom hearing please initiate by using the following link 15 minutes prior to your scheduled hearing

1

time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191.  For questions regarding the connection, contact Judge Böhm's Chambers.

   (4) ***Zoom Hearing Attire:*** Appropriate professional courtroom attire is required for attorney attendance.

   (5) ***Minimization of Noise Interference:*** One of the challenges the global health crisis has created is the need for many to conduct work out of informal workspaces which are often not protected from the ambient noises of life (for example, pets, other persons in the household, phone line interference, etc.). As a result, all Zoom participants must make a concerted effort to minimize all background noise. As part of this effort,

   (a) All Zoom participants must mute their microphone even before connecting to the Zoom Hearing;

   (b) Microphones are to remain muted unless actively speaking;

   (c) Unless directly addressed by the Court, during the course of the Zoom Hearing, Counsel may indicate a desire to speak by "raising their hand" in the ***Chat Feature*** of the Zoom Hearing mode. Using this feature will send a notification to the Court and Counsel will be provided with an opportunity to address the Court. Counsel should familiarize themselves with the Chat Feature prior to the Hearing; and,

   (d) In order to reduce the "echo effect," when speaking during the Zoom Hearing the participants shall reduce the volume of his/her microphone to the lowest level possible to allow the participant to reasonably participate in the Zoom Hearing.

   (6) ***Recording of Hearing:*** Other than the Court, no party or hearing participant may record any part of the Hearing, whether by use of the Zoom recording capabilities, third-party applications, or by any other means.

   (7) *Speed Tests*:  Prior to the date of the Zoom Hearing, all hearing participants are directed to test their internet connection speed to ensure that it is at least 3 Mbps. Participants shall also test their ability to run Zoom using https://www.zoom.us/test.

   (8) *Zoom Operating Instructions:* For the purpose of ensuring a smooth and efficient hearing, prior to the date of the Zoom Hearing all hearing participants shall review the following information in order to familiarize themselves with the use of Zoom:

    (a) *Hardware*: Zoom is compatible for use on mobile devices (such as a smartphone or tablet) as well as personal computer (laptop or desktop) which have camera and microphone function.

    (b) *Installation/Update of Zoom*: To participate you need to install the Zoom app on your smartphone/tablet or install the Zoom software on a Windows or Mac laptop/desktop. If you already have Zoom installed on the device you are using for the Hearing, you must ensure the application is updated to the most recent version.



    (c) *Testing Your Device*: As stated above, all hearing participants are required to test their device compatibility with Zoom requirements prior to the date of the Hearing.

      Participants can test their ability to operate Zoom at https:www.zoom.us/test. Tests must be conducted on the same device that will be used to participate in the hearing.

  (d) ***Using Zoom:*** Using the device on which Zoom has been installed and tested, click on the link to the meeting.



For additional assistance using Zoom, please consult the Zoom "Help Center" at https://support.zoom.us/hc/en-us which offers "quick start guides" and video tutorials.

  (e) ***Screen Mode:*** Parties are expected to view the Hearing using the "Speaker View" mode.

  (9) ***Zoom Exemption:*** As previously noted, all participants in the Zoom Hearing shall participate via Zoom. However, upon appropriate cause shown, by contacting Chambers no later than 8:00 A.M. of ***the day prior*** to the Zoom Hearing, the Court may allow a one-time exemption and grant Counsel participation by telephonic means.

(10)    Only a limited time of **ten (10) minutes** is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

*Carlota M. Böhm* dmk
_____
Carlota M. Bohm
Chief United States Bankruptcy Judge

FILED
9/3/20 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA