IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Linda C. Parker, | Case No. 18-20971-CMB |
| *Debtor.* | Chapter 11 |
| PNC Bank National Association, | |
| *Movant,* | Related to Doc. No. 205 |
| v. | |
| Linda C. Parker, | |
| *Respondent.* | |

**ORDER**

On September 21, 2020 at 2:30 p.m. hearing on the Motion For Relief From The Automatic Stay (Doc. No. 205), was originally scheduled to be held telephonically; however, the Court has now determined to convene the hearing via the ***Zoom Video Conference Application*** (hereinafter "Zoom") as described below.

*AND NOW*, this ***3rd day of September, 2020***, for the reasons stated above, it is hereby **ORDERED, ADJUDGED,** and **DECREED**:

(1)    The above-described hearing was originally scheduled as a telephone conference but will now be held by Zoom.

(2)    *Appearances:* All Attorneys and Parties must participate remotely by using Zoom.

(3)    *Initializing Zoom Hearing:* To join the Zoom hearing please initiate by using the following link 15 minutes prior to your scheduled hearing

1

time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Böhm's Chambers.

(4) **Zoom Hearing Attire:** Appropriate professional courtroom attire is required for attorney attendance.

(5) **Minimization of Noise Interference:** One of the challenges the global health crisis has created is the need for many to conduct work out of informal workspaces which are often not protected from the ambient noises of life (for example, pets, other persons in the household, phone line interference, etc.). As a result, all Zoom participants must make a concerted effort to minimize all background noise. As part of this effort,

    (a) All Zoom participants must mute their microphone even before connecting to the Zoom Hearing;

    (b) Microphones are to remain muted unless actively speaking;

    (c) Unless directly addressed by the Court, during the course of the Zoom Hearing, Counsel may indicate a desire to speak by "raising their hand" in the **Chat Feature** of the Zoom Hearing mode. Using this feature will send a notification to the Court and Counsel will be provided with an opportunity to address the Court. Counsel should familiarize themselves with the Chat Feature prior to the Hearing; and,

    (d) In order to reduce the "echo effect," when speaking during the Zoom Hearing the participants shall reduce the volume of his/her microphone to the lowest level possible to allow the participant to reasonably participate in the Zoom Hearing.

(6) **Recording of Hearing:** Other than the Court, no party or hearing participant may record any part of the Hearing, whether by use of the Zoom recording capabilities, third-party applications, or by any other means.

(7) **Speed Tests**: Prior to the date of the Zoom Hearing, all hearing participants are directed to test their internet connection speed to ensure that it is at least 3 Mbps. Participants shall also test their ability to run Zoom using https://www.zoom.us/test.

(8) **Zoom Operating Instructions:** For the purpose of ensuring a smooth and efficient hearing, prior to the date of the Zoom Hearing all hearing participants shall review the following information in order to familiarize themselves with the use of Zoom:

    (a)    *Hardware*: Zoom is compatible for use on mobile devices (such as a smartphone or tablet) as well as personal computer (laptop or desktop) which have camera and microphone function.

    (b)    *Installation/Update of Zoom*: To participate you need to install the Zoom app on your smartphone/tablet or install the Zoom software on a Windows or Mac laptop/desktop. If you already have Zoom installed on the device you are using for the Hearing, you must ensure the application is updated to the most recent version.



    (c)    *Testing Your Device*: As stated above, all hearing participants are required to test their device compatibility with Zoom requirements prior to the date of the Hearing.

        Participants can test their ability to operate Zoom at https:www.zoom.us/test. Tests must be conducted on the same device that will be used to participate in the hearing.

(d)     *Using Zoom:* Using the device on which Zoom has been installed and tested, click on the link to the meeting.



For additional assistance using Zoom, please consult the Zoom "Help Center" at https://support.zoom.us/hc/en-us which offers "quick start guides" and video tutorials.

(e)     *Screen Mode:* Parties are expected to view the Hearing using the "Speaker View" mode.

(9)     *Zoom Exemption:* As previously noted, all participants in the Zoom Hearing shall participate via Zoom. However, upon appropriate cause shown, by contacting Chambers no later than 8:00 A.M. of *the day prior* to the Zoom Hearing, the Court may allow a one-time exemption and grant Counsel participation by telephonic means.

(10)  Only a limited time of **ten (10) minutes** is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

*Carlota M. Böhm*
dmk

———————————————
Carlota M. Bohm
Chief United States Bankruptcy Judge

FILED
9/3/20 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 18-20971-CMB
Linda C. Parker                                                                             Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw            Page 1 of 1              Date Rcvd: Sep 03, 2020
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.
db          +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2020 at the address(es) listed below:
         Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION acarr@tuckerlaw.com
         Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bmanne@tuckerlaw.com,
          bewmanne@aol.com,agilbert@tuckerlaw.com
         David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
         Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
         James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com
         Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue jratica@attorneygeneral.gov
         Jeremiah  Vandermark    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION
          jeremiah.vandermark@saul.com
         Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
         Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                                                                       TOTAL: 13