# PROCEEDING MEMO

**Date: 09/21/2020 02:30 pm**

**In re:** Linda C. Parker

                                             **Bankruptcy No. 18-20971-CMB**
                                             **Chapter: 11 (Not a Small Business)**
                                             **Doc. # 186**

**Appearances Via ZOOM:**  Donald R. Calaiaro, Esq.

**Nature of Proceeding:** #186 ZOOM HEARING - Continued Motion for Final Decree

**Additional Pleadings:**  #187 Notice of Hearing
  #201 Status Report
  #202 Status Report
  #203 Proceeding memo dated 7/16/2020
  #212 Order Rescheduling Hearing to Take Place by Zoom

**Judge's Notes:**
Calaiaro: Client's business was impacted by COVID. She sent IRS 4 payments. Payments are being sent out to PNC today. She believes she will be up to date on plan by end of September. If Debtor can file on certification of counsel that all payments are current and everyone agrees, request that court enter final decree.
OUTCOME: Continued to 10/29 at 2pm with the possibility that final decree may be entered on certification of counsel and hearing may be cancelled.

FILED
9/21/20 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**