**PROCEEDING MEMO**

**Date: 09/21/2020 02:30 pm**

**In re:   Linda C. Parker**

Bankruptcy No. 18-20971-CMB
Chapter: 11 (Not a Small Business)
Doc. # 205

**Appearances Via ZOOM:** Donald Calaiaro, Esq..

**Nature of Proceeding:** #205 ZOOM HEARING - Rescheduled Hearing
Re: Motion For Relief From The Automatic Stay
(Creditor: PNC Bank, National Association
Re: 626 James Drive, Belle Vernon, PA 15012)

**Additional Pleadings:** #206 Notice of Hearing
#208 Debtor's Response
#213 Order Rescheduling Hearing to Take Place by Zoom

**Judge's Notes:**
- Calaiaro: Debtor is sending payments to PNC today and believes will be current by end of September.
- Continued to 10/29 at 2pm. Hearing may be cancelled if payments are made and PNC agrees that payments have been made.

FILED
9/21/20 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**