**Date: 09/21/2020 02:30 pm**

**In re:   Linda C. Parker**

**Bankruptcy No. 18-20971-CMB**
**Chapter: 11 (Not a Small Business)**
**Doc. # 186**

**Appearances Via ZOOM:   Donald R. Calaiaro, Esq.**

**Nature of Proceeding: #186 ZOOM HEARING - Continued Motion for Final Decree**

**Additional Pleadings:  #187 Notice of Hearing**
    #201 Status Report
    #202 Status Report
    #203 Proceeding memo dated 7/16/2020
    #212 Order Rescheduling Hearing to Take Place by Zoom

**Judge's Notes:**

Calaiaro: Client's business was impacted by COVID. She sent IRS 4 payments. Payments are being sent out to PNC today. She believes she will be up to date on plan by end of September. If Debtor can file on certification of counsel that all payments are current and everyone agrees, request that court enter final decree.

OUTCOME: Continued to 10/29 at 2pm with the possibility that final decree may be entered on certification of counsel and hearing may be cancelled.

FILED
9/21/20 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-20971-CMB
Linda C. Parker                                                           Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw               Page 1 of 1              Date Rcvd: Sep 21, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
db              +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2020 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION acarr@tuckerlaw.com
              Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bmanne@tuckerlaw.com,
               bewmanne@aol.com,agilbert@tuckerlaw.com
              Brian Nicholas    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bnicholas@kmllawgroup.com
              David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              James A. Prostko    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com
              Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
               of Revenue jratica@attorneygeneral.gov
              Jeremiah Vandermark    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION
               jeremiah.vandermark@saul.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue
               lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                             TOTAL: 13