**Date: 09/21/2020 02:30 pm**

**In re:  Linda C. Parker**

Bankruptcy No. 18-20971-CMB
Chapter: 11 (Not a Small Business)
Doc. # 205

**Appearances Via ZOOM:** Donald Calaiaro, Esq..

**Nature of Proceeding:** #205 ZOOM HEARING - Rescheduled Hearing
Re: Motion For Relief From The Automatic Stay
(Creditor: PNC Bank, National Association
Re: 626 James Drive, Belle Vernon, PA 15012)

**Additional Pleadings:** #206 Notice of Hearing
#208 Debtor's Response
#213 Order Rescheduling Hearing to Take Place by Zoom

**Judge's Notes:**
- Calaiaro: Debtor is sending payments to PNC today and believes will be current by end of September.
- Continued to 10/29 at 2pm. Hearing may be cancelled if payments are made and PNC agrees that payments have been made.

FILED
9/21/20 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-20971-CMB
Linda C. Parker                                                           Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw              Page 1 of 1              Date Rcvd: Sep 21, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.
db         +Linda C. Parker,    626 James Drive,    Belle Vernon, PA 15012-4742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:
      Allison L. Carr    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION acarr@tuckerlaw.com
      Beverly Weiss Manne    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bmanne@tuckerlaw.com,
       bewmanne@aol.com,agilbert@tuckerlaw.com
      Brian Nicholas    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bnicholas@kmllawgroup.com
      David Z. Valencik    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com,
       cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
      Donald R. Calaiaro    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com,
       cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
      James A. Prostko    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com
      Jenna Anne Ratica    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue jratica@attorneygeneral.gov
      Jeremiah Vandermark    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION jeremiah.vandermark@saul.com
      Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov,
       patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
      Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      T. Lawrence Palmer    on behalf of Creditor    Commonwealth Of Pennsylvania, Department Of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                                        TOTAL: 13