# PROCEEDING MEMO

**Date: 10/29/2020 02:00 pm**

**In re:   Linda C. Parker**

**Bankruptcy No. 18-20971-CMB**
**Chapter: 11 (Not a Small Business)**
**Doc. # 205**

**Appearances Via ZOOM:** David Valencik, Esq.;   Brian Nicholas, Esq; Jill Locnikar, Esq.

**Nature of Proceeding:** #205 ZOOM HEARING - Rescheduled Hearing  Re: Motion For Relief From The Automatic Stay   (Creditor: PNC Bank, National Association  Re: 626 James Drive, Belle Vernon, PA 15012)

**Additional Pleadings:** #206 Notice of Hearing
#208 Debtor's Response
#213 Order Rescheduling Hearing to Take Place by Zoom
#218 Proceeding Memo dated 9/21/2020

**Judge's Notes:**
- Valencik: Payments with PNC not resolved. Debtor is behind 3 payments according to PNC. Debtor is working to be current and believes can be current in 30 days.
- Nicholas: Suggest a drop dead order.
OUTCOME: Continued to 12/17 at 2:30pm. Debtor must be substantially current or will grant relief on that date. Debtor has been given a lot of time and extensions.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/30/20 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA