**Date: 10/29/2020 02:00 pm**

**In re:    Linda C. Parker**

           **Bankruptcy No. 18-20971-CMB**
           **Chapter: 11 (Not a Small Business)**
           **Doc. # 186**

**Appearances Via ZOOM: David Valencik, Esq.**
           **Jill Locnikar, Esq.**
           **Brian Nicholas, Esq.**

**Nature of Proceeding: #186 ZOOM HEARING - Continued Motion for Final Decree**

**Additional Pleadings: #187 Notice of Hearing**
           **#201 Status Report**
           **#202 Status Report**
           **#203 Proceeding memo dated 7/16/2020**
           **#212 Order Rescheduling Hearing to Take Place by Zoom**
           **#217 Proceeding Memo dated 9/21/2020**

**Judge's Notes:**
Valencik: Not ready for final decree. Have not resolved payments with PNC. Client is still behind 3 payments according to PNC. Debtor made payments to IRS but issue with uncashed checks that were sent to insolvency department. Another issue with PNC but with commercial loan - also behind.
Locnikar: People are processing checks now but may be backed up. Will look into the amounts that were not cashed.
-Debtor believes she can be current in next 30 days and can resolve uncashed checks issue with IRS.
-Debtor has been given a lot of time and extensions in this case.
OUTCOME:
- Continued to 12/17/20 at 2:30pm.
- Attorney Locnikar to contact Attorney Valencik within 3 weeks to advise as to what is owed so that checks can be  reissued if  necessary.

           **Carlota Böhm**
           **Chief U.S. Bankruptcy Judge**

    FILED
    10/30/20 8:14 am
    CLERK
    U.S. BANKRUPTCY
    COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20971-CMB |
| Linda C. Parker | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

**Recip ID       Recipient Name and Address**
db         +  Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012-4742

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:**

**Name              Email Address**

Allison L. Carr
              on behalf of Creditor PNC BANK NATIONAL ASSOCIATION acarr@tuckerlaw.com

Beverly Weiss Manne
              on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bmanne@tuckerlaw.com
              bewmanne@aol.com,jrusnack@tuckerlaw.com

Brian Nicholas
              on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

David Z. Valencik
              on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com
              cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
              on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com

cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

James A. Prostko
    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com

Jenna Anne Ratica
    on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue jratica@attorneygeneral.gov

Jeremiah Vandermark
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jeremiah.vandermark@saul.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

T. Lawrence Palmer
    on behalf of Creditor Commonwealth Of Pennsylvania  Department Of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com

TOTAL: 13