**Date: 10/29/2020 02:00 pm**

**In re:   Linda C. Parker**

                                      **Bankruptcy No. 18-20971-CMB**
                                      **Chapter: 11 (Not a Small Business)**
                                      **Doc. # 205**

**Appearances Via ZOOM: David Valencik, Esq.;  Brian Nicholas, Esq; Jill Locnikar, Esq.**

**Nature of Proceeding: #205 ZOOM HEARING - Rescheduled Hearing Re: Motion For
                            Relief From The Automatic Stay   (Creditor: PNC Bank,
                         National Association  Re: 626 James Drive, Belle Vernon, PA 15012)**

**Additional Pleadings: #206 Notice of Hearing
                          #208 Debtor's Response
                          #213 Order Rescheduling Hearing to Take Place by Zoom
                          #218 Proceeding Memo dated 9/21/2020**

**Judge's Notes:**
- Valencik: Payments with PNC not resolved. Debtor is behind 3 payments according to PNC. Debtor is working to be current and believes can be current in 30 days.
- Nicholas: Suggest a drop dead order.
OUTCOME: Continued to 12/17 at 2:30pm. Debtor must be substantially current or will grant relief on that date. Debtor has been given a lot of time and extensions.

                                                          **Carlota Böhm
                                                          Chief U.S. Bankruptcy Judge**

                FILED
                10/30/20 8:16 am
                CLERK
                U.S. BANKRUPTCY
                COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                            Case No. 18-20971-CMB
Linda C. Parker                                                                                                                        Chapter 11
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                                         User: dsaw                                            Page 1 of 2
Date Rcvd: Oct 30, 2020                            Form ID: pdf900                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

**Recip ID**              **Recipient Name and Address**
db                  + Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012-4742

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020                             Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

**Name**                              **Email Address**

Allison L. Carr
                            on behalf of Creditor PNC BANK NATIONAL ASSOCIATION acarr@tuckerlaw.com

Beverly Weiss Manne
                            on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bmanne@tuckerlaw.com
                            bewmanne@aol.com,jrusnack@tuckerlaw.com

Brian Nicholas
                            on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

David Z. Valencik
                            on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com
                            cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
                            on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

James A. Prostko
    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com

Jenna Anne Ratica
    on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue jratica@attorneygeneral.gov

Jeremiah Vandermark
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jeremiah.vandermark@saul.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

T. Lawrence Palmer
    on behalf of Creditor Commonwealth Of Pennsylvania  Department Of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com

TOTAL: 13