# PROCEEDING MEMO

**Date: 12/17/2020 02:30 pm**

**In re:   Linda C. Parker**

**Bankruptcy No. 18-20971-CMB**
**Chapter: 11 (Not a Small Business)**
**Doc. # 205**

**Appearances Via ZOOM:**   Maria Miksich, Esq.
Jill Locnikar, Esq.
David Valencik, Esq.

**Nature of Proceeding:** #205 ZOOM HEARING - Rescheduled Hearing Re: Motion For Relief From The Automatic Stay re Creditor: PNC Bank, National Association Re: 626 James Drive, Belle Vernon, PA 15012

**Additional Pleadings:**   #208 Debtor's Response
#222 Proceeding Memo dated 10/29/2020

**Judge's Notes:**
Valencik: Check sent for December payment for PNC and should be current.
Miksich: Can withdraw motion now based on payments.
OUTCOME: Motion withdrawn without prejudice.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
12/17/20 4:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA