**Date: 12/17/2020 02:30 pm**

**In re:    Linda C. Parker**

**Bankruptcy No. 18-20971-CMB**
**Chapter: 11 (Not a Small Business)**
**Doc. # 186**

**Appearances Via ZOOM: David Valencik, Esq.**
**Maria Miksich, Esq.**
**Jill Locnikar, Esq.**

**Nature of Proceeding: #186 ZOOM HEARING - Continued Motion for Final Decree**

**Additional Pleadings: #187 Notice of Hearing**
**#201 Status Report**
**#202 Status Report**
**#221 Proceeding Memo dated 10/29/2020**

**Judge's Notes:**
- Valencik: Check sent for December payment to PNC and so should be current. Behind one payment to
IRS. Owe 2019 tax return and that will be done next week. Payment will be made to IRS next week.
- Locnikar: Not trying to stop entry of final decree but want to make sure that continue with payments and
can handle whatever 2019 return shows.
- Find that substantially consummated and appropriate to enter final decree.
OUTCOME: Motion Granted. Order entered.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
12/17/20 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA