# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 18-20971-CMB |
| Linda C. Parker, | ) |
|     **Debtor,** | ) Chapter 11 |
| Linda C. Parker, | ) |
|     **Movant,** | ) Hearing Date: 03/05/20 @ 1:30 p.m. |
|     **vs.** | ) Response Due: 02/24/20 |
| No Respondent. | ) Document No.    186 |

## ORDER OF COURT

**AND NOW,** to-wit, this 17TH day of December, 2020, on motion of the Debtor and finding that the provisions of 11 U.S.C. §1101(2) have been met, a Final Decree is hereby entered in the above-captioned case in accordance with Bankruptcy Rule 3022.

By the Court,

*Carlota M. Böhm* — dmk
**Carlota M. Böhm, Chief Judge**
**United States Bankruptcy Court**

FILED
12/17/20 4:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA