## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-20971-CMB |
| Linda C. Parker, | ) |
| **Debtor,** | ) **Chapter** 11 |
| Linda C. Parker, | ) |
| **Movant,** | ) **Hearing Date:** 03/05/20 @ 1:30 p.m. |
| **vs.** | ) **Response Due:** 02/24/20 |
| No Respondent. | ) **Document No.**   186 |

### ORDER OF COURT

**AND NOW,** to-wit, this ___17TH___ day of ___December___, 2020, on motion of the Debtor and finding that the provisions of 11 U.S.C. §1101(2) have been met, a Final Decree is hereby entered in the above-captioned case in accordance with Bankruptcy Rule 3022.

By the Court,

_/s/ Carlota M. Böhm_ —dmk
**Carlota M. Böhm, Chief Judge**
**United States Bankruptcy Court**

FILED
12/17/20 4:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20971-CMB |
| Linda C. Parker | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012-4742 |
| aty | | David Z Valencik, Calaiaro Valencik, 428 Forbes Avenue, Suite 900, Pittsburgh, PA 15219-1621 |
| aty | | Donald R Calaiaro, Calaiaro Valencik, 428 Forbes Avenue, Suite 900, Pittsburgh, PA 15219-1621 |
| cr | + | Office of Attorney General, Pennsylvania Departmen, Office of Attorney General, 5th Floor, Manor Complex, 564 Forbes Avenue, Pittsburgh, PA 15219-2992 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14791946 | + | Belfor Restoration, 1100 Cuddy Lane, Cuddy, PA 15031-9714 |
| 14791947 | + | Beverly Weiss Manne, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15026087 | + | PNC Bank, National Association, c/o Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| 14791952 | + | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 14791951 | + | Parker Precision Molding, Inc., 129 Landmark Lane, Belle Vernon, PA 15012-6815 |
| 14791953 | + | Rebecca A. Solarz, Esquire, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14892130 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14791948 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2020 02:51:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 14897961 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 19 2020 02:51:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14792615 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2020 03:07:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth Of Pennsylvania, Department Of Revenu |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 14791949 | | Linda Parker |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14807085 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14791950 | ##+ | McClure & Wolf, Wayne H. Port, Esquire, 92 East Main Street, Uniontown, PA 15401-3577 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 2 of 2 |
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 16 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:**

**Name**          **Email Address**

Allison L. Carr
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION acarr@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bmanne@tuckerlaw.com
    bewmanne@aol.com,jrusnack@tuckerlaw.com

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

David Z. Valencik
    on behalf of Debtor Linda C. Parker dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

James A. Prostko
    on behalf of Debtor Linda C. Parker jprostko@c-vlaw.com

Jenna Anne Ratica
    on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue jratica@attorneygeneral.gov

Jeremiah Vandermark
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jeremiah.vandermark@saul.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

T. Lawrence Palmer
    on behalf of Creditor Commonwealth Of Pennsylvania  Department Of Revenue lpalmer@attorneygeneral.gov,
    MarkSPalmerPC@aol.com

TOTAL: 13